IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HAGOOD, #156026X, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE No. 2:09-cv-256-MEF |
| | ) | |
| CHRIS SUMMERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is adopted. Plaintiff's complaint under 42 U.S.C. § 1983 is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404.

DONE this the 16th day of April, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE